MCGREGOR W. SCOTT
United States Attorney
HEIKO P. COPPOLA
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2770

FILED

MAY - 9 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATE OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>RAFAEL GALVAN,<br><br>　　　　Defendant. | Case No. 2:08-MJ-0166-GGH<br><br>[PROPOSED] ORDER FOR UNSEALING OF CRIMINAL COMPLAINT AND SUPPORTING AFFIDAVIT |

Upon consideration of the attached motion of the United States of America, by Assistant U.S. Attorney Heiko P. Coppola, it is hereby

**ORDERED**

1. That the criminal complaint and supporting affidavit in the above-entitled matter be immediately unsealed.

///
///
///
///
///
///

3

2. That defense counsel be provided with a copy of the criminal complaint and supporting affidavit.

Date: 5/9, 2008

EDMUND F. BRENNAN
U.S. Magistrate Judge